STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division
ELIZABETH J. STEVENS
Assistant Director
GISELA A. WESTWATER
Senior Litigation Counsel
NE Bar # 21801
District Court Section
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Telephone:  (202) 532-4174
Facsimile:  (202) 616-8962
gisela.westwater@usdoj.gov



3/22/2013

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

GIBRAN PAUL,

        Petitioner,

v.

JANET NAPOLITANO, ET AL.

        Respondents.

Case No. 5:12-cv-5569- EJD

STIPULATED DISMISSAL

      The parties come now and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly stipulate to dismissal of Petitioner Gibran Paul's petition for a writ of habeas corpus, which challenged Petitioner's detention without an individualized bond hearing during the pendency of removal proceedings.  On March 7, 2013, Petitioner's detention terminated because the immigration judge granted Petitioner's application for cancellation for removal.  As no matter remains for this Court to resolve, the parties agree that dismissal is appropriate.

DATED this 21st day of March, 2013.

Respectfully submitted.

| | |
|---|---|
| STUART F. DELERY<br>Principal Deputy Assistant Attorney General<br>Civil Division | s/ Ruby Lieberman<br>RUBY LIEBERMAN<br>California Bar # 154304<br>369 Pine Street, # 725 |
| ELIZABETH J. STEVENS<br>Assistant Director | San Francisco, CA 94104<br>Telephone: (415) 362-5158<br>Fax: (415) 693-9411 |
| s/ Gisela A. Westwater<br>GISELA A. WESTWATER<br>Nebraska State Bar 21801<br>Senior Litigation Counsel<br>District Court Section<br>Office of Immigration Litigation<br>U.S. Department of Justice – Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC  20044<br>Telephone:  (202) 532-4174 | rubylieberman@sbcglobal.net<br><br>Attorney for the Petitioner |
| Counsel for the Government | |