STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division
ELIZABETH J. STEVENS
Assistant Director
GISELA A. WESTWATER
Senior Litigation Counsel
NE Bar # 21801
District Court Section
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Telephone:  (202) 532-4174
Facsimile:  (202) 616-8962
gisela.westwater@usdoj.gov



3/22/2013

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| GIBRAN PAUL,<br><br>           Petitioner,<br><br>  v.<br><br>JANET NAPOLITANO, ET AL.<br><br>           Respondents. | Case No. 5:12-cv-5569- EJD<br><br>STIPULATED DISMISSAL |

      The parties come now and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly stipulate to dismissal of Petitioner Gibran Paul's petition for a writ of habeas corpus, which challenged Petitioner's detention without an individualized bond hearing during the pendency of removal proceedings.  On March 7, 2013, Petitioner's detention terminated because the immigration judge granted Petitioner's application for cancellation for removal.  As no matter remains for this Court to resolve, the parties agree that dismissal is appropriate.

1

DATED this 21st day of March, 2013.

Respectfully submitted.

| | |
|---|---|
| STUART F. DELERY | s/ Ruby Lieberman |
| Principal Deputy Assistant Attorney General | RUBY LIEBERMAN |
| Civil Division | California Bar # 154304 |
| | 369 Pine Street, # 725 |
| ELIZABETH J. STEVENS | San Francisco, CA 94104 |
| Assistant Director | Telephone: (415) 362-5158 |
| | Fax: (415) 693-9411 |
| s/ Gisela A. Westwater | rubylieberman@sbcglobal.net |
| GISELA A. WESTWATER | |
| Nebraska State Bar 21801 | Attorney for the Petitioner |
| Senior Litigation Counsel | |
| District Court Section | |
| Office of Immigration Litigation | |
| U.S. Department of Justice – Civil Division | |
| P.O. Box 868, Ben Franklin Station | |
| Washington, DC  20044 | |
| Telephone:  (202) 532-4174 | |

Counsel for the Government